IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRA LEE DENSON,

    Petitioner,

v.                                          CASE NO. 4:10-cv-00352-MP-CJK

EDWIN G BUSS, MICHAEL D CREWS, WALTER A MCNEIL,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated . (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Upon consideration, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed as moot, and the Clerk is directed to close the file.

    3.    No certificate of appealability is appropriate in this case.

    **DONE AND ORDERED** this _17th_ day of September, 2013

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge